**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-mj-0028-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| ALFREDO PLASCENCIA JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Motor Vehicle while driver's license is suspended for DUI of alcohol or drugs, in violation of 36 CFR 4.2 and CVC 14601.2 |
| **Sentence Date:** | June 15, 2017 |
| **Review Hearing Date:** | April 19, 2018 |
| **Probation Expires On:** | June 15, 2019 |

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $510 ($500 fine; $10 special assessment)

☒ **Other Conditions:** Complete 25 hours of community service by December 15, 2017

*COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:  Date:
  Amount:

☐ Compliance with Other Conditions of Probation:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

> *//s// Darin Rock*
> Darin Rock
> Special Assistant United States Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/19/2018 at 10:00 a.m.

    ☒ be continued to May 2, 2019 at 10:00 a.m.; or

    ☐ be vacated.

DATED: 3/26/2018

*/s/ Andrew Wong*
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for April 19, 2018 at 10:00 a.m. be continued to Thursday, May 3, 2019 at 10:00 a.m. The defendant is ordered to appear and is ordered to file a status report 14 days prior to the review regarding his terms and conditions of probation.

☐ DENIED.

IT IS SO ORDERED.

Dated: **April 2, 2018**

UNITED STATES MAGISTRATE JUDGE