# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00028-SAB |
| Plaintiff, | ORDER AMENDING APRIL 2, 2018 ORDER CONTINUING THE REVIEW HEARING |
| v. | |
| ALFREDO PLASCENCIA, JR., | (ECF No. 13) |
| Defendant. | |

On April 2, 2018, the Court continued the review hearing set for April 19, 2018, to Thursday, May 3, 2019. (ECF No. 13.) The Court has become aware of a clerical error with the continued date of the review hearing. Accordingly, it is HEREBY ORDERED that the April 2, 2018 order continuing the review hearing (ECF No. 13) is amended as follows: the review hearing set for April 19, 2018, at 10:00 a.m. is continued to Thursday, May 2, 2019, at 10:00 a.m. The defendant is ordered to appear and is ordered to file a status report 14 days prior to the review hearing regarding his terms and conditions of probation.

IT IS SO ORDERED.

Dated:   **May 1, 2018**

_____
UNITED STATES MAGISTRATE JUDGE