# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:17-mj-00028-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| ALFREDO PLASCENCIA, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a motor vehicle while driver's license is suspended for DUI of alcohol or drugs, in violation of 36 C.F.R. § 4.2 (incorporating Cal. Veh. Code § 14601.2(a) |
| **Sentence Date:** | June 15, 2017 |
| **Review Hearing Date:** | May 2, 2019 |
| **Probation Expires On:** | June 15, 2019 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $510 ($500 fine; $10 special assessment)

☒ **Other Conditions:** Complete 25 hours of community service by December 15, 2017

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:    Date:
                                                                                     Amount:

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: April 11, 2019          */s/ Jeffrey Spivak*
                               Jeffrey Spivak
                               Assistant United States Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/2/2019 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.

DATED: 4/11/2019                */s/ Erin Snider*
                                DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for May 2, 2019 at 10:00 a.m. be vacated

☐ DENIED.

IT IS SO ORDERED.

Dated: **April 12, 2019**

UNITED STATES MAGISTRATE JUDGE